**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| RANDY HARTLEY, ) | |
|     Plaintiff, ) | CASE NO. |
| ) | |
| v. ) | |
| ) | |
| PANDA EXPRESS, INC., ) | |
|     Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Panda Express, Inc. ("Panda") files this Notice of Removal. As grounds for removal, Panda states:

1. Panda is a defendant in a civil action pending in the Iowa District Court for Polk County entitled *Randy Hartley v. Panda Express, Inc.*, LACL153419 ("State Court Action").

2. The State Court Action was commenced on July 11, 2022. Panda received notice of the State Court Action via service upon its registered agent on July 21, 2022. As such, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is within 30 days of receipt of the initial pleading setting forth in the claim for relief.

3. The State Court Action includes claims for relief under state law, and the State Court Action is a civil action that is properly removable to this Court by Defendant.

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties in this matter and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Defendants state the following pursuant to LR 81(a)(3):

    a. The Petition in the State Court Action was not filed under IOWA R. CIV. P. 1.281 (providing expedited procedures for cases with damages not exceeding

$75,000) and Plaintiff's counsel has not responded to requests about whether less than $75,000 is sought so Plaintiff is seeking an amount in excess of $75,000, exclusive of interest and costs.

    b.  Regarding the Plaintiff's citizenship, the Petition in the State Court Action alleges at ¶4 that Plaintiff Randy Hartley is a citizen and resident of Linn County, Iowa.

    c.  Regarding Panda's citizenship and residency, the Petition in the State Court Action alleges at ¶5 that Panda is a California Corporation with its principal place of business in California.

5.    Defendant Panda hereby removes this action to the United States District Court for the Southern District of Iowa, Central Division. Removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place where the State Court Action is pending.

6.    Pursuant to Local Rule 81, Defendant Panda files contemporaneously with this Notice of Removal: (1) copies of all process, pleadings, orders, and other papers filed in the state court; (2) a list of all matters pending in the state court that will require resolution by this Court; (3) the names of counsel and law firms that have appeared in the state court, with their office addresses, telephone numbers, facsimile numbers, e-mail addresses (if available), and the names of the parties they represent.

7. Panda will promptly give adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

8. Panda will promptly file a copy of this Notice of Removal with the Clerk of the District Court of the State of Iowa, Polk County, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Panda Express, Inc. hereby removes the action entitled *Randy Hartley v. Panda Express, Inc.*, LACL153419 in the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Central Division.

/s/ *Philip A. Burian*
PHILIP A. BURIAN AT0001284
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Phone: 319-366-7641
Facsimile: 319-366-1917
pburian@simmonsperrine.com
ATTORNEY FOR DEFENDANT PANDA EXPRESS INC.

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 10, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel of record for Plaintiff:

roxanne@roxanneconlinlaw.com
tadams@roxanneconlinlaw.com

*/s/ Philip A. Burian*
Philip A. Burian